NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

EDWARD MAURICE WARE, *Petitioner*.

No. 1 CA-CR 20-0181 PRPC
FILED 8-27-2020

Appeal from the Superior Court in Maricopa County
No. CR2006-108473-002
The Honorable Warren J. Granville, Judge, *Retired*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Edward Maurice Ware, Buckeye
*Petitioner*

Maricopa County Attorney's Office, Phoenix
By Lisa Marie Martin
*Counsel for Respondent*

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge D. Steven Williams and Judge
David D. Weinzweig delivered the decision of the Court.

**PER CURIAM**:

**¶1**      Petitioner Edward Maurice Ware seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's third petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. Petitioner has not established an abuse of discretion.

**¶4**      For the foregoing reasons, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:   AA